# EXHIBIT A

NO. _____
A.M. _____ FILED _____

JUN 30 2015

CHRISTOPHER D. RICH, Clerk
By HALEY MYERS
DEPUTY

STEPHEN J. BLASER

BLASER, OLESON & LLOYD, Chartered
Attorneys at Law
285 N.W. Main
P.O. Box 1047
Blackfoot, Idaho 83221

(208) 785-4700
Fax No. 785-7080
ISB #1923

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| MWI VETERINARY SUPPLY CO., <br><br> Plaintiff, <br><br> vs <br><br> KENNY KRAMM, d/b/a CENTER PET PHARMACY, <br><br> Defendant. | Case No. CV-2015- CV OC 1511173 <br><br> **COMPLAINT** |

COMES NOW the Plaintiff, and for cause of action against the Defendant alleges as follows:

I.

That Plaintiff is a corporation, authorized and doing business in the State of Idaho.

II.

That in doing business with the Plaintiff the Defendant completed an Express Account Application, and submitted such application to the Plaintiff on

Complaint - 1
ts 06/10/15



EXHIBIT A                                    10

February 19, 2009, a copy which is attached hereto as Exhibit A. Included in that Express Account Application is a Personal Guarantee signed by Defendant.

III.

That Plaintiff provided veterinary supplies to Defendant beginning August 14, 2012. Attached hereto as Exhibit B is a copy of the Customer Transaction History for Defendant's account with Plaintiff.

IV.

That Defendant owes Plaintiff the sum of $106,652.93, together with interest at the rate of 12% and carrying charges as allowed by law from February 12, 2015, for veterinary supplies provided to Defendant by Plaintiff at Defendant's special instance and request prior to February 12, 2015.

V.

That Defendant, Kenny Kramm, is liable under the terms of the contract as personal guarantee.

VI.

That at least ten (10) days prior to the filing of this action, Plaintiff made demand upon Defendant to pay said sum. That despite repeated demands, Defendant has failed and refused to pay all or any part of said sum, and therefore, Plaintiff is entitled to reasonable attorney's fees in the sum of $2,000.00, if uncontested, or a reasonable sum if contested, and costs of court incurred herein, pursuant to Idaho Code §§ 12-121, 12-120, and IRCP 54 et seq.

WHEREFORE, Plaintiff prays for judgment against the Defendant as follows:

Complaint - 2
ts     06/10/15

EXHIBIT A                                   11

1. For the sum of $106,652.93, together with interest at the rate of 12% and carrying charges as allowed by law from February 12, 2015.

2. For reasonable attorney's fees in the sum of $2,000.00, if uncontested, or a reasonable sum if contested.

3. For costs of court incurred herein.

4. For such other and further relief as to the Court deems just.

**DATED AND SIGNED** this 25 day of June, 2015.

BLASER, OLESON & LLOYD, Chtd.

By: _____
STEPHEN J. BLASER
Attorneys for Plaintiff

Complaint - 3
ts        06/10/15

## VERIFICATION

STATE OF __IDAHO__ )
                    : ss
County of __ADA__ )

__DAVE DRABEK__, being first duly sworn on oath, deposes and says:

That I am the authorized agent for the Plaintiff in the above-entitled matter; that I have read the foregoing COMPLAINT, know the contents thereof, and believe the same to be true and correct to the best of my knowledge.

DATED and signed this __15__ day of June, 2015.

_____
AGENT FOR MWI VETERINARY SUPPLY CO.

SUBSCRIBED AND SWORN to before me this __15__ day of June, 2015.

(SEAL) 

_____
Notary Public for State of __Idaho__
Residing at __3041 W. Pasadena Dr. Boise__
My cmn exprs: __May 25 2016__

Complaint - 4
ts            06/10/15

EXHIBIT A                              13

(55041)


**MWI Veterinary Supply**

MWI Credit Department
Phone: (800) 698-6873

Idaho: P.O. Box 910
Meridian, ID 83680-0910
Fax: (208) 955-0913

Colorado: 15845 E 32nd Ave
Suites G and H
Aurora, CO 80011
Fax: (720) 859-1430

Wisconsin: 151 Deposition Drive
Clear Lake, WI 54005
Fax: (715) 263-2413

**Express Account Application**                    Dagmar Sachs

Account Code

### Account Information

Practice Name: **Center Pet Pharmacy**

Veterinarian's Name: **Daniel Teich**          202-423-3623

Mailing Address: **4900 Massachusetts Ave NW**

City: **Washington**   State: **DC**   Zip: **20016**   Phone: **202.363.4312**   Fax:

Shipping Address (if different from mailing):

City:     State:     Zip:     County:     ☐ In City Limits  ☐ Out of City Limits

State Veterinary License Number: **VET001000054**
(MUST SUBMIT COPY)

DEA License Number: **BT99 B5574**
(MUST SUBMIT COPY IF PURCHASING CONTROLLED SUBSTANCES)

Social Security Number: **136 686 797**

Federal Tax ID No: **26-075-4816**

Number of Full Time Veterinarians: **ONE**
(ENTER "0" IF THIS IS A SECONDARY ACCOUNT)

Type of Business:  ☒ Corporation  ☐ Limited  ☐ LLC  ☐ Partnership  ☐ LLP  ☐ Individual

### Contact Preferences

Practice Type (Please check all that apply):
☒ Small Animal  ☒ Equine  ☐ Beef  ☐ Dairy  ☐ Other

Primary contact person: **Kenny Kramm**

Secondary contact person: **Dan Teich** ☎ 415 654-3400

### Fax Permission

Current regulations require your signed permission prior to our faxing any information to you (i.e. requested invoice copies, product info, etc...). So that you can receive requested information from MWI via fax, please sign below.

Fax number (if different from above):

X **Kenneth Kr—**          2·19·09
Signature (practice owner or authorized employee)   Date

Printed Name:                      Title:

As a value added service, MWI occasionally faxes updates to veterinary practices about upcoming product shortages, pending price increases, new items, and specials. Fax updates are generally no more than 1 page per week. If you may permanently opt out of future fax updates at any time. Please indicate your preference to receive these faxes:

☒ Yes, please provide fax updates     ☐ No, never send fax updates

### Internet Access

☒ Yes, I would like Internet Access     ☐ No, I would not like Internet Access

Email Address: **danteichdvm@yahoo.com**

Please see back for terms of sale.

Dr. D. Teich - 54573

### Required Copies of Documents

☐ State Veterinary License (copy required to open an account)
☐ DEA License (copy required to purchase controlled substances)
☐ State Sales Tax Exemption Certificate (MWI must charge sales tax unless MWI has a copy of your Exemption Certificate with Tax Classification Sheet)

### Agreement

By signing and submitting this application, I agree on behalf of both the undersigned and the applicant (1) that the statements in this application are true and complete; (2) to inform MWI Veterinary Supply ("MWI") in writing of any changes in the rights, address, telephone number or financial condition of the undersigned or applicant as soon as the changes occur; (3) to comply with MWI's standard Terms of Sale set forth on the reverse of, or linked to, this application; (4) TO PAY INVOICES WHEN DUE; (5) to pay interest not to exceed 1.50% per month (compounded monthly) (an annual percentage rate of 18%) on past due accounts; (6) to pay reasonable attorney fees and collection costs if the account is referred to an attorney for collection; (7) that MWI is authorized from time to time to investigate and update information that provide and to obtain credit and other information about me from other creditors and credit reporting agencies, and to provide information about the guarantor to other creditors; (8) that MWI may decline this application to open an account or for credit; (9) that once MWI has opened an account or granted credit, MWI may close the account or terminate the credit at MWI's sole discretion; (10) that after notifying me MWI may change its Terms of Sale and its credit and collection policies, and that the changes will apply to all transactions and any account balances regardless whether any purchases or account entries occurred before or after the effective date of the change, and (11) that MWI or its assigns at any time financing statements to perfect MWI's security interest.

X _[signature]_                    2·19·09
Signature of Applicant (REQUIRED)   Date

Print Name:
X _[signature]_                    2·19·09
Signature of Veterinarian submitting license (REQUIRED) Date

Print Name: **Daniel Teich**

### Personal Guaranty by Financially Responsible Party

If applicant for credit is doing business in a form other than as an individual, then a principal of the applicant, by signing below, agrees (1) to personally absolutely and unconditionally guarantee and promise to pay to MWI all obligations owed to MWI by applicant, now existing or hereafter incurred, including but not limited to all purchases, interest, attorney fees and costs; (2) that MWI may seek payment from the guarantor without first seeking payment or recovery from any other source; (3) that MWI is authorized from time to obtain credit and other information about the guarantor from other creditors and credit reporting agencies, and to provide information about the guarantor to other creditors; (4) that guarantor consents to the Terms of Sale on the reverse of, or linked to, this guaranty; (5) that all disputes between MWI and guarantor, including but not limited to actions to enforce this guaranty, shall be commenced in state or federal court in Boise, Idaho; (6) that guarantor expressly submits to the jurisdiction and venue of the state and federal courts in Boise, Idaho; and (7) that MWI may change MWI's Terms of Sale or credit and collection policies without notice to or consent of guarantor and without lessening guarantor's liability under this guaranty.

X **Kenny Kramm**                   Date
Signature of guarantor (REQUIRED)

Print Name: **Kenny Kramm**

217 484 5912
REDACTED

Telephone:

Street Address: **4900 Massachusetts Ave**

City, State, Zip: **Washington DC 20016**

©2007, MWI Veterinary Supply Revised 10-23-07

Exhibit A

## Customer Transaction History

Date Range: 8/14/2012 - 8/8/2013

Customer: 55041 CENTER PET PHARMACY

| Document Number | Document Type | Document Type Description | Document Date | Due Date | Original Amount | Remaining Amount |
|---|---|---|---|---|---|---|
| 6358850 | INV | Invoice From Sales | 8/14/2012 | 9/10/2012 | $84.90 | $43.49 |
| 6374023 | INV | Invoice From Sales | 8/15/2012 | 9/10/2012 | $260.44 | $260.44 |
| 6374025 | INV | Invoice From Sales | 8/15/2012 | 9/10/2012 | $557.36 | $557.36 |
| 6389502 | INV | Invoice From Sales | 8/16/2012 | 9/10/2012 | $329.10 | $329.10 |
| 6427670 | INV | Invoice From Sales | 8/20/2012 | 9/10/2012 | $1,316.10 | $1,316.10 |
| 6427675 | INV | Invoice From Sales | 8/20/2012 | 9/10/2012 | $121.43 | $121.43 |
| 6427677 | INV | Invoice From Sales | 8/20/2012 | 9/10/2012 | $602.52 | $602.52 |
| 6427686 | INV | Invoice From Sales | 8/20/2012 | 9/10/2012 | $492.00 | $492.00 |
| 6427691 | INV | Invoice From Sales | 8/20/2012 | 9/10/2012 | $30.21 | $30.21 |
| 6427697 | INV | Invoice From Sales | 8/20/2012 | 9/10/2012 | $4.71 | $4.71 |
| 6445116 | INV | Invoice From Sales | 8/21/2012 | 9/10/2012 | $70.46 | $70.46 |
| 6445122 | INV | Invoice From Sales | 8/21/2012 | 9/10/2012 | $712.10 | $712.10 |
| 6461554 | INV | Invoice From Sales | 8/22/2012 | 9/10/2012 | $76.92 | $76.92 |
| 6461574 | INV | Invoice From Sales | 8/22/2012 | 9/10/2012 | $68.22 | $68.22 |
| 6464245 | INV | Invoice From Sales | 8/22/2012 | 9/10/2012 | $75.85 | $75.85 |
| 6479760 | INV | Invoice From Sales | 8/23/2012 | 9/10/2012 | $669.88 | $669.88 |
| 6479763 | INV | Invoice From Sales | 8/23/2012 | 9/10/2012 | $39.54 | $39.54 |
| 6501907 | INV | Invoice From Sales | 8/27/2012 | 10/10/2012 | $98.69 | $98.69 |
| 6513382 | INV | Invoice From Sales | 8/27/2012 | 10/10/2012 | $76.89 | $76.89 |
| 6513384 | INV | Invoice From Sales | 8/27/2012 | 10/10/2012 | $500.60 | $500.60 |
| 6535675 | INV | Invoice From Sales | 8/28/2012 | 10/10/2012 | $973.07 | $973.07 |
| 6535678 | INV | Invoice From Sales | 8/28/2012 | 10/10/2012 | $28.80 | $28.80 |
| 6543204 | INV | Invoice From Sales | 8/29/2012 | 10/10/2012 | $30.53 | $30.53 |
| 6552856 | INV | Invoice From Sales | 8/29/2012 | 10/10/2012 | $68.84 | $68.84 |
| 6567172 | INV | Invoice From Sales | 8/30/2012 | 10/10/2012 | $39.21 | $39.21 |
| 6568987 | INV | Invoice From Sales | 8/30/2012 | 10/10/2012 | $493.95 | $493.95 |
| 6568988 | INV | Invoice From Sales | 8/30/2012 | 10/10/2012 | $1,184.77 | $1,184.77 |
| 6582306 | INV | Invoice From Sales | 8/31/2012 | 10/10/2012 | $65.12 | $65.12 |
| 6607746 | INV | Invoice From Sales | 9/4/2012 | 10/10/2012 | $76.89 | $76.89 |
| 6607750 | INV | Invoice From Sales | 9/4/2012 | 10/10/2012 | $327.96 | $327.96 |
| 6607753 | INV | Invoice From Sales | 9/4/2012 | 10/10/2012 | $794.29 | $794.29 |
| 6607756 | INV | Invoice From Sales | 9/4/2012 | 10/10/2012 | $764.82 | $764.82 |
| 6628272 | INV | Invoice From Sales | 9/5/2012 | 10/10/2012 | $545.42 | $545.42 |

Data Current as of End of Business Thursday, August 08, 2013

Page 1 of 5

## Customer Transaction History

Date Range: 8/14/2012 - 8/8/2013

Customer: 55041 CENTER PET PHARMACY

| | | | | | | |
|---|---|---|---|---|---|---|
| 6628274 | INV | Invoice From Sales | 9/5/2012 | 10/10/2012 | $52.38 | $52.38 |
| 6629368 | INV | Invoice From Sales | 9/5/2012 | 10/10/2012 | $130.22 | $130.22 |
| 6644405 | INV | Invoice From Sales | 9/6/2012 | 10/10/2012 | $46.97 | $46.97 |
| 6644417 | INV | Invoice From Sales | 9/6/2012 | 10/10/2012 | $34.33 | $34.33 |
| 6644424 | INV | Invoice From Sales | 9/6/2012 | 10/10/2012 | $142.68 | $142.68 |
| 6662141 | INV | Invoice From Sales | 9/7/2012 | 10/10/2012 | $841.64 | $841.64 |
| 6662924 | INV | Invoice From Sales | 9/7/2012 | 10/10/2012 | $309.04 | $309.04 |
| 6685120 | INV | Invoice From Sales | 9/10/2012 | 10/10/2012 | $715.54 | $715.54 |
| 6685454 | INV | Invoice From Sales | 9/10/2012 | 10/10/2012 | $142.68 | $142.68 |
| 6686820 | INV | Invoice From Sales | 9/10/2012 | 10/10/2012 | $142.68 | $142.68 |
| 6707330 | INV | Invoice From Sales | 9/11/2012 | 10/10/2012 | $480.06 | $480.06 |
| 6725119 | INV | Invoice From Sales | 9/12/2012 | 10/10/2012 | $774.71 | $774.71 |
| 6725123 | INV | Invoice From Sales | 9/12/2012 | 10/10/2012 | $53.52 | $53.52 |
| 6741318 | INV | Invoice From Sales | 9/13/2012 | 10/10/2012 | $403.80 | $403.80 |
| 6741422 | INV | Invoice From Sales | 9/13/2012 | 10/10/2012 | $20.82 | $20.82 |
| 6778263 | INV | Invoice From Sales | 9/17/2012 | 10/10/2012 | $142.68 | $142.68 |
| 6778547 | INV | Invoice From Sales | 9/17/2012 | 10/10/2012 | $54.34 | $54.34 |
| 6778548 | INV | Invoice From Sales | 9/17/2012 | 10/10/2012 | $76.89 | $76.89 |
| 6778551 | INV | Invoice From Sales | 9/17/2012 | 10/10/2012 | $2,094.60 | $2,094.60 |
| 6811611 | INV | Invoice From Sales | 9/19/2012 | 10/10/2012 | $46.05 | $46.05 |
| 6811677 | INV | Invoice From Sales | 9/19/2012 | 10/10/2012 | $15.35 | $15.35 |
| 6814832 | INV | Invoice From Sales | 9/19/2012 | 10/10/2012 | $109.14 | $109.14 |
| 6816921 | INV | Invoice From Sales | 9/19/2012 | 10/10/2012 | $13.01 | $13.01 |
| 6832414 | INV | Invoice From Sales | 9/20/2012 | 10/10/2012 | $716.73 | $716.73 |
| 6867322 | INV | Invoice From Sales | 9/24/2012 | 10/10/2012 | $1,474.87 | $1,474.87 |
| 6867325 | INV | Invoice From Sales | 9/24/2012 | 10/10/2012 | $96.63 | $96.63 |
| 6867327 | INV | Invoice From Sales | 9/24/2012 | 10/10/2012 | $68.01 | $68.01 |
| 6868920 | INV | Invoice From Sales | 9/24/2012 | 10/10/2012 | $7.67 | $7.67 |
| 6873617 | INV | Invoice From Sales | 9/24/2012 | 10/10/2012 | $101.76 | $101.76 |
| 6888499 | INV | Invoice From Sales | 9/25/2012 | 10/10/2012 | $789.71 | $789.71 |
| 6900956 | INV | Invoice From Sales | 9/26/2012 | 11/10/2012 | ($32.44) | ($32.44) |
| 6900957 | INV | Invoice From Sales | 9/26/2012 | 11/10/2012 | ($14.65) | ($14.65) |
| 6905837 | INV | Invoice From Sales | 9/26/2012 | 11/10/2012 | $1,075.16 | $1,075.16 |
| 6906336 | INV | Invoice From Sales | 9/26/2012 | 11/10/2012 | $7.67 | $7.67 |
| 6919017 | INV | Invoice From Sales | 9/27/2012 | 11/10/2012 | $357.96 | $357.96 |

## Customer Transaction History

Date Range: 8/14/2012 - 8/8/2013
Customer: 55041 CENTER PET PHARMACY

| | | | | | | |
|---|---|---|---|---|---|---|
| 6920139 | INV | Invoice From Sales | 9/27/2012 | 11/10/2012 | $143.71 | $143.71 |
| 6920141 | INV | Invoice From Sales | 9/27/2012 | 11/10/2012 | $116.43 | $116.43 |
| 6927797 | INV | Invoice From Sales | 9/28/2012 | 11/10/2012 | $357.96 | $357.96 |
| 6930719 | INV | Invoice From Sales | 9/28/2012 | 11/10/2012 | $71.34 | $71.34 |
| 6934744 | INV | Invoice From Sales | 9/28/2012 | 11/10/2012 | $4,905.26 | $4,905.26 |
| 6934774 | INV | Invoice From Sales | 9/28/2012 | 11/10/2012 | $19.77 | $19.77 |
| 6936148 | INV | Invoice From Sales | 9/28/2012 | 11/10/2012 | $193.54 | $193.54 |
| 6943214 | INV | Invoice From Sales | 10/1/2012 | 11/10/2012 | ($71.34) | ($71.34) |
| 6948038 | INV | Invoice From Sales | 10/1/2012 | 11/10/2012 | $11.52 | $11.52 |
| 6956820 | INV | Invoice From Sales | 10/1/2012 | 11/10/2012 | $1,201.73 | $1,201.73 |
| 6956821 | INV | Invoice From Sales | 10/1/2012 | 11/10/2012 | $57.60 | $57.60 |
| 6979858 | INV | Invoice From Sales | 10/2/2012 | 11/10/2012 | $976.86 | $976.86 |
| 6979866 | INV | Invoice From Sales | 10/2/2012 | 11/10/2012 | $142.68 | $142.68 |
| 6995307 | INV | Invoice From Sales | 10/3/2012 | 11/10/2012 | $804.24 | $804.24 |
| 6995310 | INV | Invoice From Sales | 10/3/2012 | 11/10/2012 | $30.53 | $30.53 |
| 7024711 | INV | Invoice From Sales | 10/5/2012 | 11/10/2012 | ($52.38) | ($52.38) |
| 7027463 | INV | Invoice From Sales | 10/5/2012 | 11/10/2012 | $51.26 | $51.26 |
| 7046885 | INV | Invoice From Sales | 10/8/2012 | 11/10/2012 | $142.68 | $142.68 |
| 7048504 | INV | Invoice From Sales | 10/8/2012 | 11/10/2012 | $1,629.97 | $1,629.97 |
| 7048506 | INV | Invoice From Sales | 10/8/2012 | 11/10/2012 | $22.41 | $22.41 |
| 7048508 | INV | Invoice From Sales | 10/8/2012 | 11/10/2012 | $102.52 | $102.52 |
| 7048513 | INV | Invoice From Sales | 10/8/2012 | 11/10/2012 | $91.58 | $91.58 |
| 7079367 | INV | Invoice From Sales | 10/10/2012 | 11/10/2012 | $1,431.85 | $1,431.85 |
| 7086491 | INV | Invoice From Sales | 10/10/2012 | 11/10/2012 | $3,200.45 | $3,200.45 |
| 7086500 | INV | Invoice From Sales | 10/10/2012 | 11/10/2012 | $735.84 | $735.84 |
| 7086504 | INV | Invoice From Sales | 10/10/2012 | 11/10/2012 | $76.92 | $76.92 |
| 7101941 | INV | Invoice From Sales | 10/11/2012 | 11/10/2012 | $171.21 | $171.21 |
| 7119809 | INV | Invoice From Sales | 10/15/2012 | 11/10/2012 | $142.68 | $142.68 |
| 7132740 | INV | Invoice From Sales | 10/15/2012 | 11/10/2012 | $142.68 | $142.68 |
| 7139858 | INV | Invoice From Sales | 10/15/2012 | 11/10/2012 | $926.57 | $926.57 |
| 7139862 | INV | Invoice From Sales | 10/15/2012 | 11/10/2012 | $23.55 | $23.55 |
| 7139865 | INV | Invoice From Sales | 10/15/2012 | 11/10/2012 | $23.63 | $23.63 |
| 7178257 | INV | Invoice From Sales | 10/17/2012 | 11/10/2012 | $97.32 | $97.32 |
| 7178541 | INV | Invoice From Sales | 10/17/2012 | 11/10/2012 | $647.95 | $647.95 |
| 7192608 | INV | Invoice From Sales | 10/18/2012 | 11/10/2012 | $140.65 | $140.65 |

## Customer Transaction History

Date Range: 8/14/2012 - 8/8/2013

Customer: 55041 CENTER PET PHARMACY

| Invoice | Type | Description | Date | Due Date | Amount | Balance |
|---|---|---|---|---|---|---|
| 7192610 | INV | Invoice From Sales | 10/18/2012 | 11/10/2012 | $11.21 | $11.21 |
| 7192613 | INV | Invoice From Sales | 10/18/2012 | 11/10/2012 | $100.59 | $100.59 |
| 7228477 | INV | Invoice From Sales | 10/22/2012 | 11/10/2012 | $1,674.07 | $1,674.07 |
| 7251029 | INV | Invoice From Sales | 10/23/2012 | 11/10/2012 | $630.35 | $630.35 |
| 7251032 | INV | Invoice From Sales | 10/23/2012 | 11/10/2012 | $156.95 | $156.95 |
| 7268817 | INV | Invoice From Sales | 10/24/2012 | 11/10/2012 | $13.06 | $13.06 |
| 7268822 | INV | Invoice From Sales | 10/24/2012 | 11/10/2012 | $142.68 | $142.68 |
| 7274647 | INV | Invoice From Sales | 10/25/2012 | 11/10/2012 | ($171.21) | ($171.21) |
| 7287569 | INV | Invoice From Sales | 10/25/2012 | 11/10/2012 | $649.62 | $649.62 |
| 7308351 | INV | Invoice From Sales | 10/29/2012 | 12/10/2012 | ($100.59) | ($100.59) |
| 7341084 | INV | Invoice From Sales | 10/30/2012 | 12/10/2012 | $1,122.57 | $1,122.57 |
| 7341088 | INV | Invoice From Sales | 10/30/2012 | 12/10/2012 | $338.72 | $338.72 |
| 7357281 | INV | Invoice From Sales | 10/31/2012 | 12/10/2012 | $736.21 | $736.21 |
| 7357283 | INV | Invoice From Sales | 10/31/2012 | 12/10/2012 | $57.60 | $57.60 |
| 7375271 | INV | Invoice From Sales | 11/1/2012 | 12/10/2012 | $1,074.03 | $1,074.03 |
| 7380996 | INV | Invoice From Sales | 11/2/2012 | 12/10/2012 | $6.81 | $6.81 |
| 7381598 | INV | Invoice From Sales | 11/2/2012 | 12/10/2012 | ($684.00) | ($684.00) |
| 7383339 | INV | Invoice From Sales | 11/2/2012 | 1/10/2013 | $684.00 | $684.00 |
| 7386605 | INV | Invoice From Sales | 11/2/2012 | 12/10/2012 | $54.24 | $54.24 |
| 7387568 | INV | Invoice From Sales | 11/2/2012 | 12/10/2012 | $9.38 | $9.38 |
| 7393932 | INV | Invoice From Sales | 11/5/2012 | 12/10/2012 | $12.17 | $12.17 |
| 7403309 | INV | Invoice From Sales | 11/5/2012 | 12/10/2012 | $1,090.70 | $1,090.70 |
| 7409798 | INV | Invoice From Sales | 11/5/2012 | 12/10/2012 | $3,061.59 | $3,061.59 |
| 7409811 | INV | Invoice From Sales | 11/5/2012 | 12/10/2012 | $4,047.30 | $4,047.30 |
| 7420357 | INV | Invoice From Sales | 11/6/2012 | 12/10/2012 | $68.17 | $68.17 |
| 7433634 | INV | Invoice From Sales | 11/6/2012 | 12/10/2012 | $696.24 | $696.24 |
| 7433642 | INV | Invoice From Sales | 11/6/2012 | 12/10/2012 | $461.24 | $461.24 |
| 7433644 | INV | Invoice From Sales | 11/6/2012 | 12/10/2012 | $1,414.67 | $1,414.67 |
| 7433648 | INV | Invoice From Sales | 11/6/2012 | 12/10/2012 | $40.68 | $40.68 |
| 7433651 | INV | Invoice From Sales | 11/6/2012 | 12/10/2012 | $1,567.88 | $1,567.88 |
| 7433655 | INV | Invoice From Sales | 11/6/2012 | 12/10/2012 | $27.45 | $27.45 |
| 7442416 | INV | Invoice From Sales | 11/7/2012 | 12/10/2012 | $769.53 | $769.53 |
| 7451237 | INV | Invoice From Sales | 11/7/2012 | 12/10/2012 | $49.04 | $49.04 |
| 7451240 | INV | Invoice From Sales | 11/7/2012 | 12/10/2012 | $692.97 | $692.97 |
| 7451243 | INV | Invoice From Sales | 11/7/2012 | 12/10/2012 | $41.84 | $41.84 |

## Customer Transaction History

Date Range: 8/14/2012 - 8/8/2013
Customer: 55041 CENTER PET PHARMACY

| Number | Type | Description | Date | Due Date | Amount | Balance | Note |
|---|---|---|---|---|---|---|---|
| 7456896 | INV | Invoice From Sales | 11/8/2012 | 12/10/2012 | $16.89 | $16.89 | |
| 7457683 | INV | Invoice From Sales | 11/8/2012 | 12/10/2012 | $366.44 | $366.44 | |
| 7468902 | INV | Invoice From Sales | 11/8/2012 | 12/10/2012 | $1,724.09 | $1,724.09 | |
| 7468904 | INV | Invoice From Sales | 11/8/2012 | 12/10/2012 | $17.05 | $17.05 | |
| 7476566 | INV | Invoice From Sales | 11/9/2012 | 12/10/2012 | $732.88 | $732.88 | |
| 7477497 | INV | Invoice From Sales | 11/9/2012 | 12/10/2012 | $14.97 | $14.97 | |
| 7480363 | INV | Invoice From Sales | 11/9/2012 | 12/10/2012 | $10.30 | $10.30 | |
| 7483510 | INV | Invoice From Sales | 11/9/2012 | 12/10/2012 | $12.94 | $12.94 | |
| 7525554 | INV | Invoice From Sales | 11/13/2012 | 12/10/2012 | $848.29 | $848.29 | |
| 7525555 | INV | Invoice From Sales | 11/13/2012 | 12/10/2012 | $3,140.26 | $3,140.26 | |
| 7525558 | INV | Invoice From Sales | 11/13/2012 | 12/10/2012 | $135.84 | $135.84 | |
| 7529155 | INV | Invoice From Sales | 11/13/2012 | 12/10/2012 | $17.24 | $17.24 | |
| 8165634 | ARI | Manual A/R Debit Adjustment | 2/25/2013 | 3/10/2013 | $25.00 | $25.00 | NSF FEE |
| 8165637 | ARI | Manual A/R Debit Adjustment | 2/25/2013 | 3/10/2013 | $1,025.00 | $1,025.00 | RETURNED ACH |
| 8165638 | ARI | Manual A/R Debit Adjustment | 2/25/2013 | 3/10/2013 | $25.00 | $25.00 | NSF FEE |
| 8165746 | ARI | Manual A/R Debit Adjustment | 2/28/2013 | 4/10/2013 | $1,000.00 | $1,000.00 | RETURNED ACH |
| 8165747 | ARI | Manual A/R Debit Adjustment | 2/28/2013 | 4/10/2013 | $25.00 | $25.00 | NSF FEE |
| 2763140 | INV | Invoice From Sales | 5/1/2013 | 6/10/2013 | $1,598.32 | $1,598.32 | |
| 2780197 | INV | Invoice From Sales | 5/2/2013 | 6/10/2013 | $223.55 | $223.55 | |
| 8170461 | ARI | Manual A/R Debit Adjustment | 5/9/2013 | 6/10/2013 | $25.00 | $25.00 | NSF FEE |
| 8171420 | ARI | Manual A/R Debit Adjustment | 5/24/2013 | 6/10/2013 | $1,000.00 | $1,000.00 | RETURNED ACH |
| 8171421 | ARI | Manual A/R Debit Adjustment | 5/24/2013 | 6/10/2013 | $25.00 | $25.00 | NSF FEE |
| 8171521 | ARI | Manual A/R Debit Adjustment | 5/31/2013 | 7/10/2013 | $1,000.00 | $1,000.00 | RETURNED ACH |
| | | | | | | $75,300.38 | |

Data Current as of End of Business Thursday, August 08, 2013

EXHIBIT A          19