# EXHIBIT D

# State of Idaho

## Department of State

CERTIFICATE OF INCORPORATION

OF

MWI VETERINARY SUPPLY CO.

File number C 107773

I, PETE T. CENARRUSA, Secretary of State of the State of Idaho, hereby certify that duplicate originals of Articles of Incorporation for the incorporation of the above named corporation, duly signed pursuant to the provisions of the Idaho Business Corporation Act, have been received in this office and are found to conform to law.

ACCORDINGLY and by virtue of the authority vested in me by law, I issue this Certificate of Incorporation and attach hereto a duplicate original of the Articles of Incorporation.

Dated: September 23, 1994

*Pete T. Cenarrusa*
SECRETARY OF STATE

By *[signature]*

# ARTICLES OF INCORPORATION
# OF
# MWI VETERINARY SUPPLY CO.

THE UNDERSIGNED, acting as incorporator of a corporation under the Idaho Business Corporation Act, adopts the following Articles of Incorporation for such corporation:

## FIRST

The name of the corporation is MWI VETERINARY SUPPLY CO.

## SECOND

The period of its duration is perpetual.

## THIRD

The purpose for which the corporation is organized is the transaction of any and all lawful business for which the corporation may be incorporated under the Idaho Business Corporation Act.

## FOURTH

The aggregate number of shares which the corporation shall have authority to issue is 5,000,000 shares of common stock with a par value of $1.00 per share.

## FIFTH

Shareholders shall have no preemptive right to acquire unissued or treasury shares or securities convertible into such shares or carrying a right to subscribe to or acquire shares.

## SIXTH

The location of the initial registered office of the corporation is 1555 Shoreline Drive, Boise, Idaho 83702. The name of its initial registered agent at such address is Robert N. Rebholtz.

## SEVENTH

The number of directors constituting the initial Board of Directors is three (3) and the names and addresses of the persons who are to serve until the first annual meeting of the shareholders and until their successors are elected and qualified are:

ARTICLES OF INCORPORATION - P. 1
09/21/94 2:41pm/s

| Name | Address |
|---|---|
| Robert N. Rebholtz | P.O. Box 6640<br>Boise ID 83707 |
| W. B. Rawlings | P.O. Box 6640<br>Boise ID 83707 |
| John Francis | P.O. Box 47<br>Nampa ID 83653 |

## EIGHTH

The name and address of the incorporator is as follows:

Robert N. Rebholtz
P.O. Box 6640
Boise ID 83707

## NINTH

The corporation reserves the right to amend, alter, change or repeal any provisions contained in its Articles of Incorporation in any manner now or hereafter prescribed or permitted by statute. All rights of stockholders of the corporation are granted subject to this reservation.

The Board of Directors is expressly authorized to alter, amend or repeal the Bylaws of the corporation and to adopt new Bylaws, subject to repeal or change by vote of holders of a majority of shares of the corporation's common stock.

## TENTH

At each election of directors, every shareholder entitled to vote at such election shall have the right to vote, in person or by proxy, one vote for each share owned by him. Shareholders have no right to vote their shares cumulatively in the election of directors.

## ELEVENTH

A director of this corporation shall not be personally liable to this corporation or its shareholders for monetary damages for breach of fiduciary duty as a director, except for liability (a) for any breach of the director's duty of loyalty of this corporation or its shareholders, (b) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law, (c) under Section 30-1-48, Idaho Code, or (d) for any transaction from which the director derived an improper personal benefit. If the Idaho Business Corporation Act is amended to authorize corporate action further eliminating or limiting the personal liability of directors, then the liability of a director of this corporation shall be eliminated or limited to the fullest extent permitted by the Idaho Business Corporation Act, as so amended. Any repeal or

ARTICLES OF INCORPORATION - P. 2
09/21/94 2:39pm/s

modification of this Article Eleventh by the shareholders of the corporation shall not adversely affect any right or protection of a director of the corporation existing at the time of such repeal or modification.

DATED this 22nd day of September 1994

Robert N. Rebholtz

ARTICLES OF INCORPORATION - P. 3
09/21/94 2:35pm/s

EXHIBIT D                    28



# IDAHO SECRETARY OF STATE
## Viewing Business Entity

Lawerence Denney, Secretary of State

[ New Search ] [ Back to Summary ]
[ Get a certificate of existence for MWI VETERINARY SUPPLY CO. ]
[ Monitor MWI VETERINARY SUPPLY CO. business filings ]

## MWI VETERINARY SUPPLY CO.
3041 W PASADENA DR
BOISE, ID 83705

| | |
|---:|:---|
| **Type of Business:** | CORPORATION, GENERAL BUSINESS |
| **Status:** | GOODSTANDING 23 Sep 1994 |
| **State of Origin:** | IDAHO |
| **Date of Origination/Authorization:** | 23 Sep 1994 |
| **Current Registered Agent:** | JAMES FRANCIS CLEARY<br>3041 W PASADENA DR<br>BOISE, ID 83705 |
| **Organizational ID / Filing Number:** | C107773 |
| **Number of Authorized Stock Shares:** | 5000000 |
| **Date of Last Annual Report:** | 07 Aug 2015 |
| **Annual Report Due:** | Sep 2016 |

### Original Filing:

[ Help Me Print/View TIFF ]

| | | |
|---:|:---|---:|
| Filed 23 Sep 1994 | INCORPORATION | View Image (PDF format) View Image (TIFF format) |

### Annual Reports:

[ Help Me Print/View TIFF ]

| | | |
|---:|:---|---:|
| Report for year 2015 | ANNUAL REPORT | View Document Online |
| Report for year 2014 | ANNUAL REPORT | View Document Online |
| Report for year 2013 | ANNUAL REPORT | View Document Online |
| Report for year 2012 | ANNUAL REPORT | View Document Online |
| Report for year 2011 | ANNUAL REPORT | View Document Online |
| Report for year 2010 | ANNUAL REPORT | View Document Online |
| Report for year 2009 | ANNUAL REPORT | View Document Online |
| Report for year 2008 | ANNUAL REPORT | View Document Online |
| Report for year 2007 | ANNUAL REPORT | View Document Online |
| Report for year 2006 | ANNUAL REPORT | View Image (PDF format) View Image (TIFF format) |
| Report for year 2005 | CHNG RA/RO | View Image (PDF format) View Image (TIFF format) |
| Report for year 2005 | ANNUAL REPORT | View Image (PDF format) View Image (TIFF format) |
| Report for year 2004 | ANNUAL REPORT | View Image (PDF format) View Image (TIFF format) |
| Report for year 2004 | CHANGE ADDRESS | View Image (PDF format) View Image (TIFF format) |
| Report for year 2003 | CHNG RA/RO | View Image (PDF format) View Image (TIFF format) |
| Report for year 2003 | CHANGE ADDRESS | View Image (PDF format) View Image (TIFF format) |
| Report for year 2003 | ANNUAL REPORT | View Image (PDF format) View Image (TIFF format) |
| Report for year 2003 | CHANGE ADDRESS | View Image (PDF format) View Image (TIFF format) |

EXHIBIT D     29

| | | | |
|---|---|---|---|
| **Report for year 2002** | ANNUAL REPORT | [View Image (PDF format)](#) | [View Image (TIFF format)](#) |
| **Report for year 2001** | ANNUAL REPORT | [View Image (PDF format)](#) | [View Image (TIFF format)](#) |
| **Report for year 2000** | ANNUAL REPORT | [View Image (PDF format)](#) | [View Image (TIFF format)](#) |
| **Report for year 1999** | ANNUAL REPORT | [View Image (PDF format)](#) | [View Image (TIFF format)](#) |
| **Report for year 1998** | ANNUAL REPORT | [View Image (PDF format)](#) | [View Image (TIFF format)](#) |
| **Report for year 1997** | ANNUAL REPORT | [View Image (PDF format)](#) | [View Image (TIFF format)](#) |
| **Report for year 1996** | ANNUAL REPORT | [View Image (PDF format)](#) | [View Image (TIFF format)](#) |
| **Report for year 1995** | ANNUAL REPORT | [View Image (PDF format)](#) | [View Image (TIFF format)](#) |

[Idaho Secretary of State's Main Page](#)     [State of Idaho Home Page](#)

Comments, questions or suggestions can be emailed to: [sosinfo@sos.idaho.gov](mailto:sosinfo@sos.idaho.gov)

EXHIBIT D                           30