Holly Roark, ISB No. 7143
ROARK LAW OFFICES
950 Bannock St. Ste. 1100
Boise, ID 83702
Telephone: (208) 536-3638
Facsimile: (208) 536-3638
Email: holly@roarklawboise.com
Attorney for Defendant, Kenny Kramm

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **MWI VETERINARY SUPPLY CO.,** | **Case No.** 1:15-cv-00347-BLW |
| **Plaintiff,** | |
| **vs** | **TABLE OF CONTENTS AND TABLE OF AUTHORITIES FOR** |
| **KENNY KRAMM, d/b/a CENTER PET PHARMACY,** | **DEFENDANT KENNY KRAMM'S MOTION TO DISMISS VERIFIED COMPLAINT DUE TO:** |
| **Defendant.** | **(1) LACK OF PERSONAL JURISDICTION**<br>**- OR IN THE ALTERNATIVE FOR -**<br>**(2) IMPROPER VENUE AND FORUM NON CONVENIENS**<br><br>**- OR IN THE ALTERNATIVE –**<br><br>**MOTION TO TRANSFER VENUE** |

**TABLE OF CONTENTS AND TABLE OF AUTHORITIES FOR DEFENDANT KENNY KRAMM'S MOTION TO DISMISS VERIFIED COMPLAINT DUE TO: (1) LACK OF PERSONAL JURISDICTION - OR IN THE ALTERNATIVE FOR - (2) IMPROPER VENUE AND FORUM NON CONVENIENS - OR IN THE ALTERNATIVE - MOTION TO TRANSFER VENUE**

The attached Table of Contents and Table of Authorities should have been attached to *Defendant Kenny Kramm's Motion To Dismiss Verified Complaint Due To: (1) Lack Of Personal Jurisdiction -Or In The Alternative For – (2) Improper Venue And Forum Non Conveniens - Or In The Alternative – Motion To Transfer Venue*, filed as docket number 5 in the above captioned case.

DATED this 5th day of September 2015              ROARK LAW OFFICES


                                                  _/s/Holly Roark_____ _____
                                                  Holly Roark, Attorney for Defendant


**TABLE OF CONTENTS AND TABLE OF AUTHORITIES FOR DEFENDANT KENNY KRAMM'S MOTION TO DISMISS VERIFIED COMPLAINT DUE TO: (1) LACK OF PERSONAL JURISDICTION - OR IN THE ALTERNATIVE FOR - (2) IMPROPER VENUE AND FORUM NON CONVENIENS - OR IN THE ALTERNATIVE - MOTION TO TRANSFER VENUE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of September, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Stephen J Blaser, Attorney for Plaintiff
steve@bollaw.net

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

N/A

/s/Holly Roark
Holly Roark, Attorney for Defendant

**TABLE OF CONTENTS AND TABLE OF AUTHORITIES FOR DEFENDANT KENNY KRAMM'S MOTION TO DISMISS VERIFIED COMPLAINT DUE TO: (1) LACK OF PERSONAL JURISDICTION - OR IN THE ALTERNATIVE FOR - (2) IMPROPER VENUE AND FORUM NON CONVENIENS - OR IN THE ALTERNATIVE - MOTION TO TRANSFER VENUE**

# Table of Contents

MEMORANDUM OF POINTS AND AUTHORITIES……………………..……………….3

I.   INTRODUCTION……………………………………………………………….…….3

II.  BACKGROUND……………………………………………………………........…...4

III. STANDARD OF REVIEW……………………………………………………….....6

IV. ANALYSIS……………………………………………………………………..…….6

    1.   Personal Jurisdiction……………………………………………………………….6

        A.  Idaho Law Applies……………………………………………………….....6

        B.  Types of Personal Jurisdiction: General and Specific…………………………...7

        C.  Requirements for Specific Jurisdiction………………………………………7

        D.  Applying Particular Facts of This Case………………………………………9

    2.   Venue……………………………………………………………………....…11

    3.   Motion to Transfer ……………………………………………………………...14

        A.  Factor One – Location of the Agreement's Negotiation & Execution…………….....15

        B.  Factor Two – Familiarity with Governing Law……………………………………16

        C.  Factor 3 – Plaintiff's Choice of Forum………………………………………...16

        D.  Factors 4 & 5 – Contacts with the Forum……………………………………...16

        E.  Factors Six, Seven & Eight – Costs of Litigation; Availability of Compulsory Process to Compel Attendance of Unwilling Non-Party Witnesses, and Ease of Access to Sources of Proof………………………………………………………17

V.  CONCLUSION……………………………………………………………….....18

i

**DEFENDANT KENNY KRAMM'S MOTION TO DISMISS VERIFIED COMPLAINT DUE TO: (1) LACK OF PERSONAL JURISDICTION - OR IN THE ALTERNATIVE FOR - (2) IMPROPER VENUE AND FORUM NON CONVENIENS - OR IN THE ALTERNATIVE - MOTION TO TRANSFER VENUE**

# TABLE OF AUTHORITIES

## CASES

*Argueta v. Banco Mexicano, S.A.*, 87 F.3d 320, 325 (9th Cir. 1996)……………………………..12

*Ballard v. Savage*, 65 F.3d 1495 (9th Cir. 1995)………………………………………………..8, 9

*Bancroft & Masters, Inc. v. Augusta Nat. Inc.*, 223 F.3d 1082 (9th Cir. 2000)…………………7, 9

*Brandt v. ComTrust, Inc.*, Case No. CV06-166-S-EJL, 2006 WL 2136145, at *3 (D. Idaho July 28, 2006)……………………………………………………………………………………………..13

*Bremen v. Zapata Off-Shore Co.*, 407 U.S. 1 (1972)………………………………………12, 13

*Burger King Corp. v. Rudzewicz*, 471 U.S. 462, 475 (1985)……………………………………….8

*CSS Antenna, Inc. v. Amphenol-Tuchel Electronics, GMBH,* CCB-09-2008 (USMD), 764 F.Supp.2d 745, 751 (D. Md. 2011)……………………………………………………………….11

*Creative Tech., Ltd. v. Aztech Sys. Pte., Ltd.*, 61 F.3d 696, 703 (9th Cir. 1995)…………………16

*Decker Coal Co. v. Commonwealth Edison Co.*, 805 F.2d 834, 843 (9th Cir. 1986)…………….17

*Doe v. Unocal Corp.*, 248 F.3d 915, 924 (9th Cir. 2001)………………………………………..8, 9

*Dole Food, Inc. v. Watts*, 303 F.3d 1104, 1108 (9th Cir. 2002)…………………………….....6

*Haisten v. Grass Valley Med. Reimbursement Fund, Ltd.*, 784 F.2d 1392, 1397 (9th Cir. 1986)….8

*Helicoptores Nacionales de Colombia, S.A. v. Hall*, 466 U.S. 408, 416 n. 9 (1984)………………7

*Heller Fin., Inc. v. Midwhey Powder Co.,* 883 F.2d 1286, 1293 (7th Cir. 1989)…………………18

*Houghland Farms, Inc. v. Johnson*, 803 P.2d 978, 981 (Idaho 1990)…………………………..7

*Jones v. GNC Franchising,* 211 F.3d 495, 497 (9th Cir. 2000)……………………....12, 14, 15, 16

*Kukje Hwajae Ins. Co. v. M/V Hyundai Liberty*, 408 F.3d 1250, 1254 (9th Cir. 2005)………....….6

*Lake v. Lake*, 817 F.2d 1416, 1420 (9th Cir. 1987)………………………………………...7, 8

*Schwarzenegger v. Fred Martin Motor Co.*, 374 F.3d 797, 800 (9th Cir. 2004)………………...6, 8

*Sher v. Johnson*, 911 F.2d 1357, 1361 (9th Cir. 1990)……………………………………...6

**DEFENDANT KENNY KRAMM'S MOTION TO DISMISS VERIFIED COMPLAINT DUE TO: (1) LACK OF PERSONAL JURISDICTION - OR IN THE ALTERNATIVE FOR - (2) IMPROPER VENUE AND FORUM NON CONVENIENS - OR IN THE ALTERNATIVE - MOTION TO TRANSFER VENUE**

*Smalley v. Kaiser*, 130 Idaho 909, 912, 950 P.2d 1248, 1251 (1997)………………………………..6

*Spencer v. Capital One Bank,* Case No. CV-07-197-S-BLW, 2007 WL 2700405, at *1 (D. Idaho Sept. 11, 2007)………………………………………………………………………………………….13

*Stewart Org., Inc. v. Ricoh Corp.*, 487 U.S. 22, 31 (1988)………………………………………….14

*Van Dusen v. Barrack*, 376 U.S. 612 (1964)………………………………………………………...16

**RULES**

Fed. Rule Civ. Proc. § 12(b)(2) …………………………………………………………………...2, 6

Fed. Rule Civ. Proc. § 12(b)(3)………………………………………………………………...2, 6, 14

Fed. Rule Civ. Proc. § 8(a)(1) ……………………………………………………………………..3

**STATUTES**

28 U.S.C. § 1332(a)………………………………………………………………………………...5

28 U.S.C. § 1391(a)………………………………………………………………………………...2

28 U.S.C. § 1404(a)………………………………………………………………………...2, 14, 15

Idaho Code § 5-514(a), (b)…………………………………………………………………………7

Idaho Code § 29-110………………………………………………………………………13, 14

**CONSTITUTIONS**

U.S. CONST. AMEND. XIV……………………………………………………………………6

**DEFENDANT KENNY KRAMM'S MOTION TO DISMISS VERIFIED COMPLAINT DUE TO: (1) LACK OF PERSONAL JURISDICTION - OR IN THE ALTERNATIVE FOR - (2) IMPROPER VENUE AND FORUM NON CONVENIENS - OR IN THE ALTERNATIVE - MOTION TO TRANSFER VENUE**