STEPHEN J. BLASER

BLASER, OLESON & LLOYD, Chartered
Attorneys at Law
285 N.W. Main
P.O. Box 1047
Blackfoot, Idaho 83221

(208) 785-4700
Fax No. 785-7080
ISB #1923

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MWI VETERINARY SUPPLY CO., ) | |
| ) | |
| Plaintiff, ) | Civil NO. 1:15-cv-347-BLW |
| ) | |
| vs ) | **STIPULATION** |
| ) | |
| KENNY KRAMM, d/b/a CENTER PET ) | |
| PHARMACY, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the Plaintiff, MWI Veterinary Supply Co., and Defendant, Kenny Kramm d/b/a Center Pet Pharmacy through their attorney's of record and hereby stipulate as follows:

1. That the Plaintiff can file an Amended Complaint in this matter which shall be filed on or before October 9, 2015.

2. That venue of this case shall then be transferred from the United States District Court for the District of Idaho to the United States District Court for the District for Maryland, Greenbelt Division.

3. That based upon the Stipulation there will not need to be a Scheduling Order and the Stipulation will resolve all pending issues as filed by the Defendant herein.

**DATED AND SIGNED** this **25** day of September, 2015.

BLASER, OLESON & LLOYD, Chtd.          ROARK LAW OFFICES

By: _____            By: _____
     STEPHEN J. BLASER                       HOLLY ROARK
     Attorneys for Plaintiff                 Attorneys for Defendant

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25$^h$ day of September, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Stephen J Blaser, Attorney for Plaintiff
steve@bollaw.net

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

N/A

/s/Holly Roark_____
Holly Roark, Attorney for Defendant