Stephen J. Blaser
Justin B. Oleson
Bryce C. Lloyd

# BLASER, OLESON & LLOYD, Chartered
## Attorneys at Law
(208) 785-4700
Fax No. 785-7080

285 N.W. Main
MAILING ADDRESS:
P.O. Box 1047
Blackfoot, Idaho 83221

October 5, 2015

United States District Court
For the District of Idaho
***Filed Electronically***

      RE:    MWI Veterinary Supply, Co. v. Kenny Kramm, d/b/a Center Pet Pharmacy
            #1:15-cv-00347-BLW

Dear Clerk:

Per the above matter and the Stipulation of the parties, enclosed is the Amended Complaint for filing.

Under local rule 15.1, it suggests that we need to redact the provisions of the old Complaint that are included in the Amended Complaint.

However, in this Amended Complaint it went from a state court to federal court so about 80% of the Complaint has been changed. In essence, almost the whole thing would need redacted so I am just filing the new Amended Complaint. I assume that's not a problem. If it is then please let me know.

Thank you.

Yours very truly,

BLASER, OLESON & LLOYD, Chtd.

Stephen J. Blaser
Attorney at Law

SJB/ts
Enclosure
cc:    Holly Roark *(sent via facsimile: 208-536-3638)*
       Bessenbacher #275254 *(sent via facsimile: 816-618-3227)*

BLASER, OLESON & LLOYD, Chartered
Attorneys at Law
285 N.W. Main
P.O. Box 1047
Blackfoot, Idaho 83221
(208) 785-4700
Fax No. 785-7080
ISB #1923

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MWI VETERINARY SUPPLY, CO., | Case No.: 1:15-cv-00347-BLW |
| Plaintiff, | |
| v. | **AMENDED COMPLAINT** |
| KENNY KRAMM, d/b/a CENTER PET PHARMACY, | |
| Defendant. | |

COMES NOW the Plaintiff MWI Veterinary Supply, Co., by and through its counsel of record, Blaser, Olseson & Lloyd, Chtd., and alleges its causes of action against Defendant as follows:

## INTRODUCTION

1. This is an action for breach of contract against the personal guarantor .

## PARTIES, JURISDICTION, AND VENUE

2. Plaintiff is an Idaho corporation with its principal place of business at 3041 W. Pasadena Dr. Boise, ID 83705.

3. Defendant Kenny Kramm is the owner of Center Pet Pharmacy, a now defunct corporation in Washington, D.C.

4. This Court has jurisdiction under 28 U.S.C. § 1332.

5. Venue is proper in this District because the acts and transactions occurred here and all the parties reside or transact business here.

## GENERAL ALLEGATIONS

6. Plaintiff is a company which sells and distributes animal health products nationwide on a wholesale basis.

7. Upon information and belief, Center Pet Pharmacy was a retail store which sold animal health products directly to consumers.

8. On or about February 19, 2009, Plaintiff and Defendant entered into a contract for sale of goods.

9. That contract, labeled an "Express Account Application," is attached as Exhibit A.

10. The contract contains a "Personal Guaranty by Financially Responsible Party."

11. The Personal Guaranty states that the signer will be responsible for payments owed to MWI if the company does not make those payments.

12. Upon information and belief, the Personal Guaranty is signed by Kenny Kramm.

13. Over the course of the next three years or so, Plaintiff shipped goods to Defendant at Defendant's request.

14. Plaintiff then sent Defendant invoices for those goods.

15. Defendant paid many of the invoices.

16. On May 7, 2013, Center Pet Pharmacy filed a Chapter 7 bankruptcy in the United States Bankruptcy Court for the District of Maryland, Case No. 13-18018.

17. At that point, Center Pet Pharmacy was no longer legally obligated to pay for the goods it received from MWI Veterinary Supply.

18. Under the Personal Guaranty, Mr. Kramm then became responsible for all monies owed by

Center Pet Pharmacy to MWI Veterinary Supply.

19. The Personal Guaranty states that the guarantor submits to the jurisdiction of Idaho courts.

20. Therefore, Idaho law would apply to this dispute.

## COUNT I: BREACH OF CONTRACT

21. The allegations of the prior paragraphs are incorporated as if fully set forth in this paragraph.

22. The parties entered into a contract on February 19, 2009.

23. Defendant breached that contract by failing to make all payments.

24. The breach caused damages to MWI Veterinary Supply in that it had shipped goods to Defendant which Defendant did not pay for.

25. Due to the fact Center Pet Pharmacy has had its debts discharged in bankruptcy, Mr. Kramm is now liable as personal guarantor of Center Pet Pharmacy's debts.

26. Due to Defendant's breach of the contract, MWI Veterinary Supply sustained damages in the amount of $106,652.93.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for a judgment against Defendant as follows:

A. Damages of $106,652.93,

B. Prejudgment interest at the rate of 12 percent,

C. In the event of default judgment, for attorney fees in the amount of $2,000.00 under Idaho Code § 12-120(3),

D. For such other and further relief as may be just and proper.

DATED: September 30, 2015

/s/ Stephen J. Blaser
Stephen J. Blaser
Of the Firm of Blaser,
Oleson & Lloyd, Chtd.

(55041)



**MWI Veterinary Supply**

MWI Credit Department
Phone: (800) 896-8873

Idaho: P.O. Box 910
Meridian, ID 83680-0910
Fax: (208) 955-8913

Colorado: 15845 E 32nd Ave Suites G and H
Aurora, CO 80011
Fax: (720) 859-1430

Wisconsin: 151 Deposition Drive
Clear Lake, WI 54005
Fax: (715) 263-3413

Dagmar Sachs

# Express Account Application


Account Code

## Account Information

Practice Name: Center Pet Pharmacy

Veterinarian's Name: Daniel Teich    202-423-3623

Mailing Address: 4900 Massachusetts Ave NW

City: Washington    State: DC    Zip: 20016    Phone: 202.363.4312    Fax:

Shipping Address (if different than mailing): 

City    State    Zip    ☐ In City Limits  ☐ Out of City Limits

State Veterinary License Number (MUST SUBMIT COPY): VET001000054

DEA License Number (MUST SUBMIT COPY IF PURCHASING CONTROLLED SUBSTANCES): BT9985574

Social Security Number: 136686797

Federal Tax ID No.: 26-075-4816

Number of Full Time Veterinarians (ENTER "0" IF THIS IS A SECONDARY ACCOUNT): ONE

Type of Business:
☑ Corporation  ☐ Limited  ☐ LLC
☐ Partnership  ☐ LLP  ☐ Individual

## Contact Preferences

Practice Type (Please check all that apply)
☑ Small Animal  ☑ Equine  ☐ Beef  ☐ Dairy  ☐ Other____

Primary contact person: Kenny Kramm

Secondary contact person: Dan Teich cell 615-354-3400

## Fax Permission

Current regulations require your signed permission prior to our faxing any information to you (ie requested invoice copies, product info, etc...). So that you can receive requested information from MWI via fax, please sign below:

Fax number (if different from above):

X Kenneth Kr____    2-19-09
Signature (practice owner or authorized employee)    Date

Printed Name    Title

As a value added service, MWI occasionally faxes updates to veterinary practices about upcoming product shortages, pending price increases, new items, and specials. Fax updates are generally no more than 1 page per week, & you may permanently opt out of future fax updates at any time. Please indicate your preference to receive these faxes:

Please indicate your preference:
☑ Yes, please provide fax updates    ☐ No, never send fax updates

## Internet Access

☑ Yes, I would like Internet Access    ☐ No, I would not like Internet Access

Email Address: danteichdvm@yahoo.com

**Please see back for terms of sale.**

## Required Copies of Documents

☐ State Veterinary License (copy required to open an account)
☐ DEA License (copy required to purchase controlled substances)
☐ State Sales Tax Exemption Certificate (MWI must charge sales tax unless MWI has a copy of your Exemption Certificate with Tax Classification Sheet)

## Agreement

By signing and submitting this application, I agree on behalf of both the undersigned and the applicant (1) that the statements in this application are true and complete; (2) to inform MWI Veterinary Supply ("MWI") in writing of any changes in the name, address, telephone number or financial condition of the undersigned or applicant as soon as the changes occur; (3) to comply with MWI's standard Terms of Sale set forth on the reverse of, or linked to, this application; (4) TO PAY INVOICES WHEN DUE; (5) to pay interest not to exceed 1.50% per month (compounded monthly) (an annual percentage rate of 18%) on past due accounts; (6) to pay reasonable attorney fees and court costs if the account is referred to an attorney for collection; (7) that MWI is authorized from time to time to investigate and update information that I provide and to obtain credit and other information about me from other creditors and credit reporting agencies, and to provide information about me to other creditors; (8) that MWI may decline this application to open an account or for credit, (9) that once MWI has opened an account or granted credit, MWI may close the account or terminate the credit at MWI's sole discretion, (10) that after notifying me MWI may change its Terms of Sale and its credit and collection policies, and that the changes will apply to all transactions and any account balances regardless whether any purchases or account entries occurred before or after the effective date of the change, and (11) that MWI may file at any time financing statements to perfect MWI's security interest.

X _____    2-19-09
Signature of applicant (REQUIRED)    Date

Print Name

X _____    2-19-09
Signature of Veterinarian submitting license (REQUIRED)    Date

Print Name: Daniel Teich

## Personal Guaranty by Financially Responsible Party

If applicant for credit is doing business in a form other than as an individual, then a principal of the applicant, by signing below, agrees (1) to personally, absolutely and unconditionally guarantee and promise to pay to MWI all obligations owed to MWI by applicant, now existing or hereafter incurred, including but not limited to all purchases, interest, attorney fees and costs; (2) that MWI may seek payment from the guarantor without first seeking payment or recovery from any other source; (3) that MWI is authorized from time to time to obtain credit and other information about the guarantor from other creditors and credit reporting agencies, and to provide information about the guarantor to other creditors; (4) that guarantor consents to the Terms of Sale on the reverse of, or linked to, this guaranty; (5) that all disputes between MWI and guarantor, including but not limited to actions to enforce this guaranty, shall be commenced in state or federal court in Boise, Idaho; (6) that guarantor expressly submits to the jurisdiction and venue of the state and federal courts in Boise, Idaho; and (7) that MWI may change MWI's Terms of Sale or credit and collection policies without notice to or consent of guarantor and without lessening guarantor's liability under this guaranty.

X _____    Date
Signature of guarantor (REQUIRED)

Print Name: Kenny Kramm

Social Security Number: 217484582

Telephone: 888-260-0801

Street Address: 4900 Massachusetts Ave

City, State, Zip: Washington DC 20016

©2007, MWI Veterinary Supply Revised 10-23-07

Dr D. Teich -54583


5-28-13 emailed this app to Hermi per Dave

**Exhibit A**



**MWI Veterinary Supply**

MWI Credit Department
Phone: (800) 896-8873

Idaho: P.O. Box 910
Meridian, ID 83680
Fax: (800) 576-8848

# Terms of Sale

These Terms of Sale constitute a contract between you and MWI Veterinary Supply ("MWI"). Please carefully review these Terms of Sale because the Terms of Sale set forth the rights, obligations, limitations and exclusions that apply to you.

## 1. AGREEMENT
By purchasing or guarantying the purchase of the products from MWI, you agree with MWI's Terms of Sale. MWI's Terms of Sale may not be altered, supplemented or amended by use or reference to any other documents or agreements, unless agreed by MWI in writing.

## 2. VETERINARIAN
You certify that either you are a state licensed veterinarian or purchasing the product through a state licensed veterinarian, that you have a completed credit application filed with MWI, that the information on the credit application is current and correct, and that you submitted to MWI copies of your current veterinary license, DEA certificate, and applicable state controlled substances licenses.

## 3. CASH SALE
All purchases shall be paid by cash, check or credit card in the net amount of the invoice on or before the time of delivery unless MWI agrees at MWI's sole discretion to extend you open account or other credit.

## 4. OPEN ACCOUNT SALE
All purchases on open account are due and payable upon receipt of the invoice unless you and MWI agree in writing to a different payment plan. Amounts unpaid by the 10th day of the month following purchase incur interest of 1.50% PER MONTH (an ANNUAL PERCENTAGE RATE OF 18%), or the maximum amount allowed by the applicable state law, whichever is less. Interest is compounded monthly. If you transfer your practice, become insolvent, are named in any legal, arbitration or other proceeding to collect money, or file bankruptcy, then all amounts owed to MWI become immediately due and payable. Credit card payments are acceptable at the time of ordering, and cannot be used to pay for products purchased through delayed billing. A surcharge may be imposed on all statement balances paid by credit card.

## 5. ERRORS
MWI may correct at any time all extension, price, description and other errors on any invoices, statements or other documents. The document, as corrected, shall be the effective document.

## 6. PAYMENTS
All payments shall apply first to oldest unpaid invoices, accrued interest, or attorney fees and costs, unless otherwise indicated by your remittance advice. You shall pay MWI a $25.00 service fee on all returned checks.

## 7. SECURITY INTEREST
To secure all obligations owed by you to MWI, you grant MWI a first priority security interest in any products purchased from MWI, including without limitation all Goods, Equipment, Inventory and Farm Products, and all proceeds, renewals, substitutions, replacements, additions and accessions thereto, until all obligations to MWI are paid in full. The security interest expressly includes without limitation all livestock and other animals to which the products are applied or administered, or that consume the products, and all proceeds, accounts receivable, and contract rights arising therefrom or related to such livestock and other animals. The products and types of products are described on the face of the invoice(s).

## 8. DEFAULT
If your account is not paid when due, or if you have not complied with any other term or condition of your application for credit, these Terms of Sale, or any other agreement with MWI, then you are immediately in default without further notice to you.

## 9. MWI'S REMEDIES ON DEFAULT
If you are in default, then MWI may, at MWI's sole discretion and without further notice to you, exercise any one or more of the following actions and remedies: (a) temporarily or permanently suspend any further shipments to you, (b) temporarily or permanently suspend your credit, (c) temporarily or permanently ship to you only if you pay cash on delivery ("COD") or if you pay in advance, (d) temporarily or permanently close your account with MWI and terminate any further transactions with you, (e) exercise MWI's rights as a secured creditor under applicable law, (f) collect the amounts owed to MWI, including without limitation initiating a lawsuit, and (g) take any other action or pursue any other remedies which MWI deems appropriate. Once MWI takes any action or remedy because of your default, including without limitation the remedies listed in this paragraph, MWI is not obligated to (a) restore your account and credit or (b) provide you with any other account or credit terms even if you pay the past due amounts in full and satisfy any other requirements of MWI.

## 10. TITLE & RISK OF LOSS
Title to the products passes from MWI to you upon the departure of the shipment from MWI's facility. Loss or damage that occurs during shipping by a carrier selected by MWI is MWI's responsibility. Loss or damage that occurs during shipping by a carrier selected by you is your responsibility.

## 11. DELAYS
MWI is not responsible for the inability to provide goods purchased or delay in providing goods purchased caused or effected by accidents, strikes, weather, war, riots, shortage of products or labor by manufacturers, interference or obstruction of transportation routes, carrier shortages, damage to carrier, damage to goods by carrier, any act of God, failure of utilities or telecommunications, or other causes beyond MWI's control. MWI shall perform as soon as practicable after the cause of the delay is removed.

## 12. TAXES & SHIPPING CHARGES
You will pay all applicable shipping charges and sales taxes that arise because of the delivery of the products to you. You shall pay all shipping charges related to hazardous materials. The taxes and charges will appear on the invoice, or you will directly pay the shipper and tax authority.

## 13. RETURNS AND CREDITS
Unless you notify MWI of any errors within 24 hours of your receipt of the products, the shipment is deemed to be correct. MWI will grant credit for returned products only if: (a) you contact MWI prior to the return and obtain our Return Authorization ("RA"), (b) return the product within one year of purchase, and (c) return only unopened cartons. The amount of the credit shall be (a) 100% of the net purchase price for saleable products, (b) 80% of the net purchase price for controlled substances, diets returned due to overstock, and special order products, (c) 0% for products unsuitable for resale because of age, obsolescence, expiration, or approaching expiration, and (d) a variable amount, if any, as determined by the manufacturer's return policy for outdated and short-dated products. All returned products (whether or not authorized) become MWI's property. MWI will destroy all products that are not authorized to be returned, not returnable, or not creditable. Products that MWI authorizes to be returned will be picked up by UPS or MWI's representative. Controlled substances may only be returned by UPS. To return Class 2 and 2N controlled substances, MWI must send you a DEA Form 222 to enclose with the return. Class 3 and higher controlled substances do not require a DEA Form 222. Your MWI representative must process all returns of hazardous material. Hazardous material cannot be returned via UPS. You guarantee that the products listed on the RA were properly stored, handled and shipped so as to not affect quality, and that the credit will not exceed the product's actual purchase price.

## 14. DISCLAIMER & LIMITATION OF WARRANTIES & REMEDIES
A. LIMITED WARRANTY. All products are sold "AS IS AND WITH ALL DEFECTS." There are no warranties that extend beyond the description on the face of this limited warranty. MWI makes no warranties either express or implied regarding title, quality or conformity of the products, including without limitation no implied warranty of merchantability, no implied warranty of fitness for a particular purpose, and no implied warranty arising from any course of dealing, usage of trade or advertising, except the following express warranties: (1) the title conveyed is good, and its transfer rightful; (2) the products shall be delivered free of any security interest, lien or encumbrance, except for MWI's security interest; and (3) the products delivered will conform to the description, grade and condition of the products,invoiced.

B. REMEDIES. Your exclusive remedy for breach of warranty is to return the products for refund of the purchase price, or repair and replacement of the nonconforming products. MWI has the exclusive right to select the remedy. MWI expressly excludes liability for incidental, consequential, exemplary, punitive and other damages.

C. PAYMENT REQUIRED. MWI's warranties are effective only if MWI has received payment in full for the products.

D. MANUFACTURER'S WARRANTY. The manufacturer of the products may provide its own warranty. MWI does not represent or warrant the existence or scope of manufacturer's warranty.

## 15. DISPUTES, & AUTHORIZATION FOR IDAHO VENUE & JURISDICTION
MWI's principal place of business and executive offices are located in Idaho. All disputes between you and MWI, and any guarantor and MWI, including but not limited to actions to obtain payment, are governed by Idaho law and the venue shall be located in Boise, Idaho. You expressly submit to the jurisdiction and venue of the state and federal courts in Boise, Idaho. You, MWI, and the guarantor, if any, are the only parties to this agreement, and there are no intended or incidental third party beneficiaries. In any dispute the prevailing party shall recover from the other party reasonable attorney fees and costs, collection agency fees, and any other costs incurred.

## 16. CHANGES IN TERMS
At MWI's sole discretion, MWI can change MWI's Terms of Sale at any time by notifying you at your statement address at least 30 days in advance of the effective date of the change. All changes to the Terms of Sale will apply to all purchases, returns or other transactions that occur on or after the effective date of the change, and will apply to any money that you owe to MWI on or after the effective date of the change, regardless whether your purchases or account entries that caused the money to be owed to MWI occurred before or after the effective date of the change. You agree with the Terms of Sale by making purchases, returns or other transactions with MWI, or by continuing to owe money to MWI, on or after the effective date of the change. If you disagree with the changes in the Terms of Sale, you shall stop any further transactions with MWI, and shall repay to MWI any money you owe MWI, before the effective date of the change.

©2005, MWI Veterinary Supply
Revised 4/21/2006